PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name __Harvey___ __Tristan___ __V.___
       (Last)       (First)     (Initial)

Prisoner Number __V73249__

Institutional Address __P.O. Box 950__
__Folsom, CA 95671 (USA)__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__Tristan V. Harvey__
(Enter the full name of plaintiff in this action.)

vs.

__M.C. Kramer, warden,__
__et al.__

(Enter the full name of respondent(s) or jailor in this action)

Case No. __CV 08 2947__
(To be provided by the clerk of court)

PETITION FOR A WRIT (PR)
OF HABEAS CORPUS

E-filing

FILED JUN 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1  Who to Name as Respondent

2      You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.
6      If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10  A. <u>INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

11      1. What sentence are you challenging in this petition?

12          (a) Name and location of court that imposed sentence (for example; Alameda
13              County Superior Court, Oakland):
14              <u>Marin County Super. Ct.    San Rafael</u>
15              Court                          Location

16          (b) Case number, if known <u>SC132841 B</u>
17          (c) Date and terms of sentence <u>3/23/05; 9 years</u>
18          (d) Are you now in custody serving this term? (Custody means being in jail, on
19              parole or probation, etc.)        Yes <u>X</u>   No ___
20              Where?
21              Name of Institution: <u>Folsom State Prison</u>
22              Address: <u>P.O. Box 950 Folsom, CA 95671</u>

23      2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)
26  <u>Robbery, Pen. Code sect. 211/213(a)(1)(A); assault,</u>
27  <u>sect. 245(a)(1); false imprisonment, sect. 236;</u>
28  <u>and great bodily injury, sect. 12022.7(a).</u>

PET. FOR WRIT OF HAB. CORPUS              - 2 -

1  3. Did you have any of the following?

2     Arraignment:          Yes  X    No ____

3     Preliminary Hearing:  Yes  X    No ____

4     Motion to Suppress:   Yes ____  No ____

5  4. How did you plead?

6     Guilty ____   Not Guilty  X    Nolo Contendere ____

7     Any other plea (specify) I am innocent.

8  5. If you went to trial, what kind of trial did you have?

9     Jury  X     Judge alone ____   Judge alone on a transcript ____

10 6. Did you testify at your trial?   Yes ____  No  X

11 7. Did you have an attorney at the following proceedings:

12    (a) Arraignment                        Yes  X    No ____

13    (b) Preliminary hearing                Yes  X    No ____

14    (c) Time of plea                       Yes  X    No ____

15    (d) Trial                              Yes  X    No ____

16    (e) Sentencing                         Yes  X    No ____

17    (f) Appeal                             Yes  X    No ____

18    (g) Other post-conviction proceeding   Yes ____  No  X

19 8. Did you appeal your conviction?        Yes  X    No ____

20    (a) If you did, to what court(s) did you appeal?

21        Court of Appeal                    Yes  X    No ____

22        Year: 2007      Result: Affirmed

23        Supreme Court of California        Yes  X    No ____

24        Year: 2007      Result: Review denied

25        Any other court                    Yes ____  No  X

26        Year: _____    Result: _____

27

28    (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS       - 3 -

petition?                                                Yes X    No ____

(c)   Was there an opinion?                              Yes X    No ____

(d)   Did you seek permission to file a late appeal under Rule 31(a)?

                                                         Yes ____ No X

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?          Yes ____ No X

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a)   If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I.    Name of Court: ____N/A_____

      Type of Proceeding: _____

      Grounds raised (Be brief but specific):

      a. _____

      b. _____

      c. _____

      d. _____

      Result: _____  Date of Result: _____

II.   Name of Court: _____

      Type of Proceeding: _____

      Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS              - 4 -

| | | |
|---|---|---|
| 1 | | a._____ |
| 2 | | b._____ |
| 3 | | c._____ |
| 4 | | d._____ |
| 5 | | Result: _____ Date of Result: _____ |
| 6 | III. | Name of Court: \_\_\_\_\_ N/A \_\_\_\_\_ |
| 7 | | Type of Proceeding: _____ |
| 8 | | Grounds raised (Be brief but specific): |
| 9 | | a._____ |
| 10 | | b._____ |
| 11 | | c._____ |
| 12 | | d._____ |
| 13 | | Result: _____ Date of Result: _____ |
| 14 | IV. | Name of Court: _____ |
| 15 | | Type of Proceeding: _____ |
| 16 | | Grounds raised (Be brief but specific): |
| 17 | | a._____ |
| 18 | | b._____ |
| 19 | | c._____ |
| 20 | | d._____ |
| 21 | | Result: _____ Date of Result: _____ |

22  (b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?

23  Yes \_\_\_\_  No **X**

24  Name and location of court: _____

25  B. GROUNDS FOR RELIEF

26  State briefly every reason that you believe you are being confined unlawfully. Give facts to

27  support each claim. For example, what legal right or privilege were you denied? What happened?

28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS       - 5 -

1 | need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: The state's exclusion of the victim's misidentification of the correct suspect deprived petioner of his right to confront his accusers and the right to present a defense and material evidence, in violation of petitioner's Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

~~Supporting Facts:~~

~~Claim Two:~~

Supporting Facts: _____

Claim Three: _____

Supporting Facts: _____

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why: _____

PET. FOR WRIT OF HAB. CORPUS          - 6 -

1       List, by name and citation only, any cases that you think are close factually to yours so that they
2 are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3 of these cases:
4   Delaware v. Van Arsdall, 475 U.S. 673;
5   Davis v. Alaska, 415 U.S. 308;
6   People v. Miles 172 Cal.App.3d 474.
7 Do you have an attorney for this petition?    Yes ___  No _X_
8 If you do, give the name and address of your attorney:
9
10      WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11 this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12
13 Executed on __5-18-08__                              [signature]
14            Date                                     Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS     - 7 -

STAN HARVEY - V75249
1-C1-22
Box 950
FOLSOM CA 95671

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671

RECEIVED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3483