**FILED**
JUN 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Tristan V. Harvey
　　　　　　　　　Plaintiff,

vs.

M. C. Kramer
　　　　　　　　　Defendant.

CASE NO. CV 08 2947 (PR) RMW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Tristan V. Harvey, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?　　　　Yes ___  No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___N/A___　　Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS　　- 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____Paradise Construction_____
4  _____
5  _____

6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

    a.  Business, Profession or self employment      Yes ___ No _X_

    b.  Income from stocks, bonds, or royalties?      Yes ___ No _X_

    c.  Rent payments?      Yes ___ No _X_

    d.  Pensions, annuities, or life insurance payments?      Yes ___ No _X_

    e.  Federal or State welfare payments, Social Security or other government source?      Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____N/A_____
_____

3.  Are you married?      Yes ___ No _X_

Spouse's Full Name: _____N/A_____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.  a.  List amount you contribute to your spouse's support: $ _____

    b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS

- 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  ___N/A___
4  _____
5  5.  Do you own or are you buying a home?    Yes ___ No _X_
6  Estimated Market Value: $_____   Amount of Mortgage: $_____
7  6.  Do you own an automobile?    Yes ___ No _X_
8  Make _____ Year _____ Model _____
9  Is it financed? Yes ___ No ___ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.  Do you have a bank account?   Yes ___ No _X_ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ___ No _X_ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes ___ No _X_
18 _____
19 8.  What are your monthly expenses?
20 Rent: $ _____   Utilities: _____
21 Food: $ _____   Clothing: _____
22 Charge Accounts:
23 Name of Account      Monthly Payment      Total Owed on This Acct.
24 _____            $ _____          $ _____
25 _____            $ _____          $ _____
26 _____            $ _____          $ _____
27 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

1
2
3  10.  Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?   Yes ___  No ___
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7           N/A
8
9       I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11      I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  5-18-08
15       DATE                               SIGNATURE OF APPLICANT

| | |
|---|---|
| 1 | |
| 2 | Case Number: _____ |
| 3 | |

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **TRISTAN HARVEY** for the last six months at

[prisoner name]

**OLD FOLSOM PRISON** where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **137.50** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **166.96**.

Dated: **6-5-08**       **see attached**

[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                  CALIFORNIA DEPARTMENT OF CORRECTIONS           REPORT DATE: 04/24/08
                                         CALIFORNIA STATE PRISON FOLSOM                 PAGE NO:       1
                                         INMATE TRUST ACCOUNTING SYSTEM
                                         INMATE TRUST ACCOUNT STATEMENT

                             FOR THE PERIOD: NOV. 01, 2007 THRU APR. 24, 2008

ACCOUNT NUMBER : V73249                                  BED/CELL NUMBER: B1SCT10000022L
ACCOUNT NAME   : HARVEY, TRISTAN VANRENSLAAR              ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                                      TRUST ACCOUNT ACTIVITY

   TRAN
DATE CODE  DESCRIPTION        COMMENT    CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE

11/01/2007   BEGINNING BALANCE                                                   136.55
10/13 FR01 CANTEEN RETUR                702437                      4.10-        140.65
10/13 FC01 DRAW-FAC 1                   702445                    140.65           0.00
10/10 FR01 CANTEEN RETUR                702896                      1.46-          1.46
10/10 D300 CASH DEPOSIT                 MR4907       225.00                      226.46
11/10 FC01 DRAW-FAC 1                   702931                    100.00         126.46
10/14 W536 COPAY CHARGE                 703047                      5.00         121.46
12/21 D300 CASH DEPOSIT                 MR4985        50.00                      171.46

ACTIVITY FOR 2008

01/02 D300 CASH DEPOSIT                 MR0038        50.00                      221.46
02/07 W503 DAMAGES OF ST                703369                      5.00         216.46
00/14 FC01 DRAW-FAC 1                   703543                    180.00          36.46
00/18 W536 COPAY CHARGE                 703682                      5.00          31.46
02/11 D340 EFT DEPOSIT     MR0312JPAY                210.00                      241.46
00/19 D300 CASH DEPOSIT                 MR0355        40.00                      281.46
02/17 FC01 DRAW-FAC 1                   704259                    180.00         101.46
00/17 FC01 DRAW-FAC 1                   701792                    101.46           0.00
04/09 D300 CASH DEPOSIT                 MR0683       250.00                      250.00
04/14 FR01 CANTEEN RETUR                705320                      1.71-        251.71
04/14 FC01 DRAW-FAC 1                   705343                    180.00          71.71

                                  TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL         TOTAL        CURRENT     HOLDS       TRANSACTIONS
  BALANCE    DEPOSITS     WITHDRAWALS    BALANCE    BALANCE      TO BE POSTED

   136.55     825.00        889.84        71.71      0.00           0.00

                                                                 CURRENT
                                                                AVAILABLE
                                                                 BALANCE

                                                                   71.71
```

[Stamp: THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE. ATTEST: 4/24/08 /s/ Ogrena Davis CALIFORNIA DEPARTMENT OF CORRECTIONS BY TRUST OFFICE]

Current balance is $71.71
avg. six month deposits = $137.50
avg six month balance = $186.94