***E-FILED - 7/23/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRISTAN V. HARVEY, | ) | No. C 08-2947 RMW (PR) |
| Petitioner, | ) ) | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND TO PAY FILING FEE WITHIN THIRTY DAYS |
| vs. | ) ) ) | |
| M. C. KRAMER, Warden, | ) ) | |
| Respondent. | ) ) | (Docket No. 3) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has also filed a completed in forma pauperis application. The trust account materials indicate that preceding the filing of this petition, petitioner's trust account had average monthly deposits of $186.96. This is more than sufficient to pay the $5.00 habeas filing fee. Accordingly, the application to proceed IFP is DENIED. Within **30 days** of the date this order is filed, petitioner shall pay the $5.00 filing fee. Petitioner shall include with his payment a clear indication that it is for this case number, C 08-2947 RMW (PR).

**Failure to pay the filing fee as ordered herein within 30 days of the date this order is filed shall result in the dismissal of this action without prejudice.**

Order Denying Motion to Proceed in Forma Pauperis and to Pay Filing Fee Within Thirty Days
P:\pro-se\sj.rmw\hc.08\Harvey947pay             1

1  This order terminates docket number 3.

2  IT IS SO ORDERED.

3  Dated: 7/22/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge