```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003690
Cashier ID: harwellt
Transaction Date: 08/07/2008
Payer Name: Tristan Harvey
------------------------------------
WRIT OF HABEAS CORPUS
 For: Tristan Harvey
 Amount:          $5.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 1189601973
 Amt Tendered:   $5.00
------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

Case # 08-cv-2947-RMW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

*E-FILED - 7/23/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN V. HARVEY,<br><br>    Petitioner,<br><br>vs.<br><br>M. C. KRAMER, Warden,<br><br>    Respondent. | No. C 08-2947 RMW (PR)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND TO PAY FILING FEE WITHIN THIRTY DAYS<br><br>(Docket No. 3) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has also filed a completed in forma pauperis application. The trust account materials indicate that preceding the filing of this petition, petitioner's trust account had average monthly deposits of $186.96. This is more than sufficient to pay the $5.00 habeas filing fee. Accordingly, the application to proceed IFP is DENIED. Within **30 days** of the date this order is filed, petitioner shall pay the $5.00 filing fee. Petitioner shall include with his payment a clear indication that it is for this case number, C 08-2947 RMW (PR).

**Failure to pay the filing fee as ordered herein within 30 days of the date this order is filed shall result in the dismissal of this action without prejudice.**

Order Denying Motion to Proceed in Forma Pauperis and to Pay Filing Fee Within Thirty Days
P:\pro-se\sj.rmw\hc.08\Harvey947pay        1



Harvey
PO Box 6094
Beverly Hills CA 90212

CERTIFIED MAIL
7008 0500 0000 6202 6099

Office of the Clerk - US District Court
Northern District of California
28 South First Street, Room 2112
San Jose CA 95113-3095

