***E-FILED - 3/18/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN V. HARVEY, ) | No. C 08-2947 RMW (PR) |
| Petitioner, ) | ORDER GRANTING MOTION |
| ) | FOR EXTENSION OF TIME TO |
| vs. ) | FILE ANSWER |
| ) | |
| M. C. KRAMER, Warden, ) | |
| Respondent. ) | |

Good cause having been shown, respondent's motion for extension of time to file an answer or other responsive pleading is GRANTED. Respondent shall file an answer or dispositive motion on or before **May 1, 2009.** Petitioner shall file any opposition to respondent's answer or dispositive motion within **30 days** from the date such answer or motion is filed.

IT IS SO ORDERED.

DATED:  3/16/09

_/s/ Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Order Granting Motion for Extension of Time to File Answer
P:\PRO-SE\SJ.Rmw\HC.08\Harvey947eot.wpd           1