*E-FILED - 7/14/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN V. HARVEY,<br><br>    Petitioner,<br><br>v.<br><br>M. C. KRAMER, Warden,<br><br>    Respondent.<br>_____/ | No. C 08-02947 RMW (PR)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE<br><br>(Docket No. 24) |

Good cause appearing, petitioner's application for enlargement of time in which to file a traverse is GRANTED. Petitioner shall file a traverse on or before September 5, 2009.

This order terminates docket no. 24.

IT IS SO ORDERED.

DATED: 7/14/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's Motion for Enlargement of Time to File Traverse
P:\PRO-SE\SJ.Rmw\HC.08\Harvey947.EOT-Traverse.wpd