1

2

3

4                                                        *E-FILED - 11/29/11*

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

TRISTAN V. HARVEY,                    )    No. C 08-2947 RMW (PR)
12                                                )
                Petitioner,           )    JUDGMENT
13                                                )
                                                  )
14      vs.                                       )
                                                  )
15                                                )
M. C. KRAMER, Warden,                 )
16                                                )
                Respondent.           )
17   _____ )

18

19          The court has denied the instant petition for writ of habeas corpus on the merits.

20   Therefore, judgment is entered in favor of respondent.  Petitioner shall take nothing by way of

21   his petition.  The clerk shall close the file.

22          IT IS SO ORDERED AND ADJUDGED.

23   DATED: _____11/28/11_____          _Ronald M. Whyte_____

24                                      RONALD M. WHYTE
                                        United States District Judge
25

26

27

28

Judgment
C:\Documents and Settings\USDC\Local Settings\Temp\notesBCBF1C\Harvey947jud.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

TRISTAN V HARVEY,

                    Plaintiff,

    v.

M C KRAMER et al,

                    Defendant.
_____/

Case Number: CV08-02947 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tristan V. Harvey V73249
Folsom State Prison
1-C1-22
P.O. Box 950
Folsom, CA 95671

Dated: November 29, 2011

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk